**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CAROL I. WALLACE,**                                                          **PLAINTIFF**

**VERSUS**                                                 **CIVIL ACTION NO.: 2:08CV53-P-A**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**                                        **DEFENDANT**

## FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated June 15, 2009, was on that date served via the court's electronic filing system, CM/ECF, upon counsel of record; more than ten days have elapsed since service of the report and recommendation; and no objection has been filed or served by the parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore,

**ORDERED:**

1. That the report and recommendation of the United States Magistrate Judge dated June 15, 2009, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

2. The decision of the Administrative Law Judge in this case is affirmed in accordance with the report and recommendation and this case dismissed with prejudice.

SO ORDERED, this the 12th day of November, 2009.

                                                                            /s/ W. Allen Pepper, Jr.
                                                                            W. ALLEN PEPPER, JR.
                                                                            UNITED STATES DISTRICT JUDGE